Abran E. Vigil
Nevada Bar No. 7548
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Defendant
Nationwide Nevada LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACQUITA KING,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company, and NATIONWIDE NEVADA LLC, a foreign limited liability company,<br><br>Defendants. | CASE NO. 2:19-cv-01460-GMN-NJK<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO THE COMPLAINT (ECF NO. 1)<br><br>(First Request) |

Nationwide Nevada LLC ("Nationwide") and plaintiff Jacquita King, stipulate and agree that Nationwide has up to and including November 4, 2019 to respond to Plaintiff's complaint (ECF No. 1).

This is the first request for an extension, and it is made in good faith and not for purposes of delay. Counsel for Nationwide was recently on medical leave and needs additional time to investigate the allegations in the complaint. Accordingly, the parties have requested a brief fourteen (14) day extension to file a response to the complaint.

[Continued on next page.]

#38283933_1.doc

DATED: October 15, 2019.

| | |
|---|---|
| FRANCIS ARENAS, ESQ. | BALLARD SPAHR LLP |
| By: /s/ Francis A. Arenas<br>Francis A. Arenas, Esq.<br>Nevada Bar No. 6557<br>7500 W. Lake Mead Blvd., Suite 286<br>Las Vegas, Nevada 89128<br>Tel: (702) 326-5725<br>faarenas@aol.com | By: /s/ Holly Ann Priest<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Holly Ann Priest<br>Nevada Bar No. 13226<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 |
| *Attorneys for Plaintiff Jacquita King* | *Attorneys for Defendant Nationwide Nevada LLC* |

## ORDER

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: October 16, 2019