Abran E. Vigil
Nevada Bar No. 7548
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Defendant
Nationwide Nevada LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACQUITA KING,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company, and NATIONWIDE NEVADA LLC, a foreign limited liability company,<br><br>　　　　　　Defendants. | CASE NO. 2:19-cv-01460-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF THE MOTION TO DISMISS (ECF NO. 13)**<br><br>**(First Request)** |

Nationwide Nevada LLC ("Nationwide") and plaintiff Jacquita King, stipulate and agree that Nationwide has up to and including January 6, 2020 to file a reply in support of the motion to dismiss (ECF No. 13).

This is the first request for an extension, and it is made in good faith and not for purposes of delay. Counsel requests the extension due to the upcoming holiday schedule and scheduled time off. Accordingly, the parties have requested a brief eleven (11) day extension to file a reply in support of the motion to dismiss.

[Continued on next page.]

#39573243_1.doc

DATED: December 18, 2019.

| | |
|---|---|
| Francis Arenas, Esq. | Ballard Spahr LLP |
| By: /s/ Francis A. Arenas<br>Francis A. Arenas, Esq.<br>Nevada Bar No. 6557<br>7500 W. Lake Mead Blvd., Suite 286<br>Las Vegas, Nevada 89128<br>Tel: (702) 326-5725<br>faarenas@aol.com | By: /s/ Holly Ann Priest<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Holly Ann Priest<br>Nevada Bar No. 13226<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 |
| *Attorneys for Plaintiff Jacquita King* | *Attorneys for Defendant Nationwide Nevada LLC* |

**IT IS SO ORDERED.**

Dated this 19 day of December, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT